IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TAMMY A. WATKINS, | 3:11-CV-00903-BR |
| Plaintiff, | JUDGMENT OF REMAND |
| v. | |
| MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the Court's Opinion and Order (#22) issued August 6, 2012, the Court hereby **REMANDS** this matter to the above administrative agency for further administrative proceedings.

Dated this 8th day of August, 2012.

ANNA J. BROWN
United States District Judge