IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TAMMY A. WATKINS,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>Defendant. | 3:11-CV-00903-BR<br><br>JUDGMENT OF REMAND |

Based on the Court's Opinion and Order (#22) issued August 6, 2012, the Court hereby

**REMANDS** this matter to the above administrative agency for further administrative proceedings.

Dated this 8th day of August, 2012.

*(signature)*
ANNA J. BROWN
United States District Judge

JUDGMENT OF REMAND